No. 9297. EMMETT P. SULLIVAN, PLAINTIFF AND RESPONDENT, v. POLICE COMMISSION OF CITY OF BUTTE, Silver Bow County, Montana, and THE MAYOR OF THE CITY OF BUTTE, Silver Bow County, Montana, TIM J. SULLIVAN, DEFENDANTS AND APPELLANTS.

258 Pac. (2d) 1169.

Decided July 22, 1953.

Mr. Francis P. Kelly, City Atty., and Mr. Robert P. McGee, Asst. City Atty., Butte, for Appellants.

Mr. J. F. Emigh, Mr. H. D. Carmichael, and Mr. George P. Sarsfield, Butte, for Respondent.

Per Curiam.

On stipulation in writing and praecipe executed by counsel for the respective parties so requesting, it is ordered that this appeal be dismissed with prejudice.